IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-085-MOC-DCK

| | |
|---|---|
| GERALD WAYNE GASKIN and CHARLOTTE GASKIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **ORDER**<br>) |
| BROTHERS AIR & HEAT, INC., AMERICAN RESIDENTIAL SERVICES, L.L.C., and WALTER KEE, individually and in his capacity as an employee or agent of Defendant American Residential Services, L.L.C., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion To Stay Initial Attorney's Conference" (Document No. 12) filed April 7, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion To Stay Initial Attorney's Conference" (Document No. 12) is **GRANTED**, and the Initial Attorney's Conference requirement is **STAYED** pending a ruling on Plaintiff's "Motion To Remand" (Document No. 8).

Signed: April 12, 2017

David C. Keesler
United States Magistrate Judge